UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


FRANK R. SIMONELLI,            Case No. 6:11-cv-1202-Orl-28KRS

        Plaintiff,

vs.

MONARCH RECOVERY MANAGEMENT, INC.
a Pennsylvania corporation,

and

JOHN and JANE DOES I - IV,

     Defendant(s)
_____/


**JOINT NOTICE OF SETTLEMENT**
**AND REQUEST FOR "SIXTY DAY" ORDER**


     COME NOW the Plaintiff, FRANK R. SIMONELLI ("Plaintiff"), and the Defendant,

MONARCH RECOVERY MANAGEMENT, INC. ("Defendant"),by and through their

undersigned attorneys and hereby notify the Court that the parties have amiably resolved this action

and are in the process of executing their agreement and performing its terms.   The parties jointly

request that the Court enter a "Sixty Day Order" which : (1) dismisses Plaintiff's action against

Defendants *without prejudice*; (2) retains jurisdiction over this case for a period of sixty (60) days

in order to enforce the terms of the Release & Settlement Agreement and provides that (3) the Order

shall automatically become a dismissal *with prejudice* unless a party moves to reopen the case within

sixty (60) days of entry of the Order.

Dated: September 28th , 2011.                    Dated: September 29th, 2011

/s/ Donald E. Petersen                            /s/Jeffrey A. Carter
DONALD E. PETERSEN                                JEFFREY A. CARTER, Esq.
Law Office of Donald E. Petersen                  Law Offices of Scott L. Astrin
Post   Office   Box   1948                        101 Southhall Lane, Suite 120
Orlando, FL 32802-1948                            Maitland, FL 32751
Voice :     (407) 648-9050                        Voice: 407-551-2187
E.C.F. (Only) : depecf@cfl.rr.com                 Fax: 407-551-2201
Email : petersen221@yahoo.com                     Email
                                                  Jeffrey.Carter@chartisinsurance.co
                                                  m
F.B.N.           0776238                          F.B.N.090832

**ATTORNEY FOR PLAINTIFF        ATTORNEY FOR DEFENDANT**
**Frank Simonelli              Monarch Recovery Management**

<u>**CERTIFICATE OF SERVICE**</u>

        I, Jeffrey Carter, Esq., hereby certify that a copy of the foregoing was served to Donald E.
Petersen whose address is :

Donald E. Petersen, Esq.
P.O. Box 1948
Orlando, FL 32802-1948

to Mr. Petersen at depecf@cfl.rr.com via the Court's CM/ECF system on the date indicated
herein.

        There are not any parties who are pro-se or non-CM/ECF participants.


                        /s/Jeffrey A. Carter
                        Jeffrey Carter, Esq.


                                    2